UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| TYRONE HURT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE and ALL DEPARTMENT OF )<br>CORRECTIONS EMPLOYEES, )<br>)<br>Defendants. ) | Case No. CV415-102 |

## REPORT AND RECOMMENDATION

Tyrone Hurt has submitted for filing yet another civil rights complaint that is virtually indecipherable due to his poor handwriting. (Doc. 1.) He names a State as a defendant, but the Court is unable to determine which State he purports to sue or the nature of his cause of action. (*Id.*) It is impossible to tell whether this is even the proper venue for his action.

Normally, the Court would permit him a chance to submit a typed or otherwise legible complaint, but that has proven useless in the past with this litigant. *See Hurt v. Chief of Police*, No. CV414-244 (S.D. Ga. Apr. 2, 2015) (dismissing his complaint as unreadable). The Court thus recommends that this case be **DISMISSED**. Furthermore, the Court

should **ENJOIN** Hurt from submitting any further illegible complaints in this District. If he cannot find a way to type his complaints, he may ask a friend or relative to help him prepare a *legible* complaint.

**SO REPORTED AND RECOMMENDED** this 28TH day of April, 2015.

*/s/ M. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA