IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TYRONE HURT,                              )
                                          )
    Plaintiff,                            )
                                          )
v.                                        )   CASE NO. CV415-102
                                          )
STATE and ALL DEPARTMENT OF               )
CORRECTIONS EMPLOYEES,                    )
                                          )
    Defendants.                           )
                                          )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of May 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
MAY 27 2015
CLERK
SO. DIST. OF GA